UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIA DIFOLCO,<br><br>       Plaintiff,<br><br> - against -<br><br>MSNBC CABLE L.L.C.; RICK KAPLAN; and SCOTT LEON,<br><br>       Defendants. | 06 Civ. 4728 (LAP)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

  It is hereby stipulated and agreed by the parties, through their undersigned counsel, that the above-captioned action is hereby dismissed with prejudice as to all claims against all parties and without costs or fees to any party.

Respectfully submitted this 29th day of March, 2012.

s/ James R. Hubbard
James R. Hubbard
*Attorney for Plaintiff*
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, New York 10022
Tel: (212) 687-8500
Fax: (212) 687-1500
E-mail: jhubbard@liddlerobinson.com

s/ Hilary Lane
Hilary Lane, Esq.
*Attorney for Defendants*
NBCUniversal Media, LLC
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 664-2022
Fax: (212) 664-6572
E-mail: hilary.lane@nbcuni.com